UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD NIXON, on behalf of himself AND ALL OTHER PERSONS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> THE RUNNING SPECIALTY GROUP, LLC, <br><br> Defendant. | Civil Action No. 1:18-cv-06068-FB-CLP |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Charlotte Drew as counsel for Defendant The Running Specialty Group, LLC in the above-captioned matter.

Respectfully Submitted,

The Running Specialty Group, LLC,

By its attorney,

By: /s/ Charlotte Drew
Charlotte Drew (*pro hac vice*)
Sherin and Lodgen LLP
101 Federal Street
Boston, Massachusetts 02110
Tel: (617) 646-2000
Fax: (617) 646-2222
mcmoschella@sherin.com
cdrew@sherin.com

Departed April 19, 2019

Dated: April 26, 2019

## CERTIFICATE OF SERVICE

00884194.1

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date specified below.

Dated:  April 26, 2019 /s/ Charlotte Drew
Charlotte Drew